```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 06824
    CAREASE S JACKSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2180

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/28/2005 and was confirmed 04/13/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated 100.00% from remaining funds.

      The case was paid in full 08/13/2007.
------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
  CITY OF COUNTRY CLUB HIL  NOTICE ONLY     NOT FILED             .00              .00
  COLLECTION COMPANY OF AM  UNSECURED       NOT FILED             .00              .00
  BENEDICTINE UNIVERSITY    UNSECURED       NOT FILED             .00              .00
  BIEHL & BIEHL             NOTICE ONLY     NOT FILED             .00              .00
  SALLIE MAE SERVICING      NOTICE ONLY     NOT FILED             .00              .00
  SBC                       UNSECURED       NOT FILED             .00              .00
  ORCHARD BANK              UNSECURED       NOT FILED             .00              .00
  LERNER                    UNSECURED       NOT FILED             .00              .00
  ISAC                      SPECIAL CLASS    25059.14             .00          5763.60
  RONALD B LORSCH           DEBTOR ATTY      2,530.80                         2,530.80
  TOM VAUGHN                TRUSTEE                                             466.11
  DEBTOR REFUND             REFUND                                              548.49

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
  TRUSTEE                 9,309.00

  PRIORITY                                              .00
  SECURED                                               .00
  UNSECURED                                        5,763.60
  ADMINISTRATIVE                                   2,530.80
  TRUSTEE COMPENSATION                               466.11
  DEBTOR REFUND                                      548.49
                         ---------------      ---------------
  TOTALS                  9,309.00                9,309.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 06824 CAREASE S JACKSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 11/29/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```